UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-mj-02013-Goodman

UNITED STATES OF AMERICA

v.

MARIO GIUSEPPE DEL ZIO,

      **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _x_ No

                                                                Respectfully submitted,

                                                                ARIANA FAJARDO ORSHAN
                                                                UNITED STATES ATTORNEY

By: _____
                                        LEILA E. BABAEVA
                                        Special Assistant United States Attorney
                                        Florida Bar No.: A5502591
                                        JLK Federal Justice Building
                                        99 Northeast 4th Street
                                        Miami, Florida 33132-2111
                                        Telephone: 305-961-9280
                                        Facsimile: 305-536-4699
                                        Email: Leila.Babaeva@usdoj.gov

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **FLORIDA**

UNITED STATES OF AMERICA

v.

MARIO GIUSEPPE DEL ZIO

**CRIMINAL COMPLAINT**

CASE NUMBER: 20-mj-02013-Goodman

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, MARIO GIUSEPPE DEL ZIO, did knowingly possess and use and attempt to use a United States visa, knowing it to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about January 3, 2020, the defendant MARIO GUISEPPE DEL ZIO, arrived at Miami International Airport aboard Virgin Airlines #117 from London, United Kingdom. The defendant presented an Italian passport and a U.S. visa to CBP for examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, CBP Officers discovered that the Italian passport and U.S. visa submitted by MARIO GUISEPPE DEL ZIO were genuine. However, the U.S. visa had been obtained by the defendant's fraudulent statements. Specifically, the application for a non-immigrant visa asks, "Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa?" The defendant answered, "No."

A records check revealed that MARIO GUISEPPE DEL ZIO was previously admitted into the United States on or about October 3, 2014, for a period of 90 days until on or about July 31, 2014, as a visitor for pleasure under the visa waiver program. However, MARIO GUISEPPE DEL ZIO did not depart the United States until on or about July 1, 2015, overstaying his allowed period of admission by 182 days.

JESUS R. CORREA, ENFORCEMENT OFFICER
United States CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

January 6, 2020     at     Miami, Florida
Date                                            City and State

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer